An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMIE A. ROSASCHI,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65822

JAMIE A. ROSASCHI,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65823 ✓

**FILED**

JUN 19 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are proper person appeals from the partial denial of a post-conviction petition for a writ of habeas corpus filed in two district court cases. Second Judicial District Court, Washoe County; Brent T. Adams, Judge.

The orders entered by the district court on May 20, 2014, were not final decisions as the district court granted appellant's request for counsel and directed the filing of an amended petition regarding one of the claims raised in the proper person petition. Thus, appellant's notices of

14-20148

appeal were premature. Because appellant failed to designate an appealable order, we

ORDER these appeals DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:    Hon. Brent T. Adams, District Judge
       Jamie A. Rosaschi
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk